**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| HERMAN L. GLADNEY, *Plaintiff*, | ) | No. 1:24-cv-2072 (PTG/LRV) |
| v. | ) | |
| PATRICIO ENTERPRISES, INC., *Defendant*. | ) | |

# ORDER

This matter comes before the Court on the July 13, 2026, Report and Recommendation ("R&R") from Magistrate Judge Lindsey R. Vaala regarding Plaintiff's Motion for Leave to File a First Amended Complaint. Dkt. 25. Judge Vaala advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. *Id.* at 5. To date, no objections have been filed.

Having conducted a de novo review of the record, the Court **APPROVES** and **ADOPTS** the findings of the Magistrate Judge in full, as follows.

It is hereby

**ORDERED** that Plaintiff's Motion for Leave to File a First Amended Complaint (Dkt. 25) is **DENIED**; it is further

**ORDERED** that the Motion to Reinstate Evidentiary Hearing on the Issue of Plaintiff's Motion for Leave to File a First Amended Complaint is **DENIED** as moot; and it is further

**ORDERED** that the hearing scheduled for September 24, 2026, is **TERMINATED**.

Entered this 22nd day of September, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge